IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL A. BLANCO,

        Plaintiff,                    No. 2:09-cv-0629 FCD KJN P

    vs.

SACRAMENTO SHERIFF, et al.,

        Defendants.            <u>FINDINGS & RECOMMENDATIONS</u>

                                /

        By order filed April 29, 2009, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On May 5, 2009, plaintiff sought a ninety-day extension of time to file an amended complaint. On May 12, 2009, plaintiff was granted an additional thirty days in which to file an amended complaint. On May 29, 2009, plaintiff sought another sixty days in which to amend. By order filed June 11, 2009, plaintiff was granted an additional thirty days in which to file an amended complaint. On June 11, 2009, plaintiff signed a second request for a sixty day extension of time, which crossed in the mail with the court's June 11, 2009 order.

        More than sixty days have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's June 11, 2009 order.

/////

1

| | |
|---|---|
| 1 | Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed |
| 2 | without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b). |
| 3 | These findings and recommendations are submitted to the United States District |
| 4 | Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty- |
| 5 | one days after being served with these findings and recommendations, plaintiff may file written |
| 6 | objections with the court.  The document should be captioned "Objections to Magistrate Judge's |
| 7 | Findings and Recommendations."  Plaintiff is advised that failure to file objections within the |
| 8 | specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 |
| 9 | F.2d 1153 (9th Cir. 1991). |
| 10 | DATED: February 12, 2010 |
| 11 |    /s/ Kendall J. Newman<br>KENDALL J. NEWMAN |
| 12 | UNITED STATES MAGISTRATE JUDGE |
| 13 | blan0629.fta |