IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL A. BLANCO,

    Plaintiff,                     No. 2:09-cv-0629 FCD KJN P

    vs.

SACRAMENTO COUNTY SHERIFF'S
AND POLICE DEPARTMENT,

    Defendants.                 <u>ORDER</u>

        Plaintiff is a state prisoner proceeding without counsel and in forma pauperis who seeks relief pursuant to 42 U.S.C. § 1983. On February 12, 2010, the court issued Findings and Recommendations recommending that this action be dismissed without prejudice as plaintiff had not filed an amended complaint pursuant to court order. On March 19, 2010, plaintiff filed an amended complaint. The court's February 12, 2010, Findings and Recommendations (Dkt. No. 16) are therefore vacated. The court will review and determine the adequacy of plaintiff's amended complaint, and issue an order once that review is completed.

        Plaintiff has also requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of

1

counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's February 12, 2010 Findings and Recommendations (Dkt. No. 16) are vacated.

2. Plaintiff's request for the appointment of counsel (Dkt. No. 18) is denied.

DATED:  March 24, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

blan0629.31