1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MANUEL A. BLANCO,

11              Plaintiff,                          No. 2:09-cv-0629 FCD KJN P

12         vs.

13   SACRAMENTO COUNTY SHERIFF'S
     AND POLICE DEPARTMENT,

14
                Defendant.                          ORDER
15   _____/

16         Plaintiff has requested the appointment of counsel.  The United States Supreme

17   Court has ruled that district courts lack authority to require counsel to represent indigent

18   prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In

19   certain exceptional circumstances, the court may request the voluntary assistance of counsel

20   pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);

21   Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

22   does not find the required exceptional circumstances.  Plaintiff's request for the appointment of

23   counsel will therefore be denied.

24         Plaintiff has also requested an extension of time to file an amended complaint.

25   Good cause appearing, the request will be granted.

26   ////

                                                1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  Plaintiff's July 28, 2010 request for the appointment of counsel is denied;

3          2.  Plaintiff's July 28, 2010 motion for an extension of time is granted; and

4          3.  Plaintiff is granted thirty days from the date of this order in which to file the

5  amended complaint.

6  DATED:  August 4, 2010

7

8

9  _____
   KENDALL J. NEWMAN
10  UNITED STATES MAGISTRATE JUDGE

11  blan0629.31+36

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26