IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL BLANCO,

    Plaintiff,                        No. 2:09-cv-0629 FCD KJN P

    vs.

SACRAMENTO SHERIFF, et al.,

    Defendants.                 FINDINGS & RECOMMENDATIONS

/

       By order filed July 14, 2010, plaintiff's amended complaint was dismissed and thirty days leave to file an amended complaint was granted. On August 5, 2010, plaintiff was granted an additional thirty days in which to file a second amended complaint. Thirty days from that date have now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1 | Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2 | specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951
3 | F.2d 1153 (9th Cir. 1991).
4 | DATED: September 14, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

blan0629.fta2